UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **Renso Antonio Lino-Ramos**, | ) ) ) | Civ. No. 1:25-cv-10470 BEM |
| *Petitioner,* | ) ) |  |
| v. | ) ) |  |
| **Antone Moniz,** Superintendent, Plymouth County Correctional Facility, | ) ) ) ) |  |
| *Respondent.* | ) ) |  |

## THE PARTIES STATUS REPORT

In accordance with the Court's Orders holding this matter in abeyance, *see* Dkts. 31, 33, the parties submit this Status Report.

On April 14, 2025, this Court ordered the parties to file a Joint Status Report either once the immigration court held a bond hearing or by May 5, 2025, whichever occurred earlier. Dkt. 33. On Monday, April 28, 2025, Petitioner's bond hearing took place before the Chelmsford Immigration Court. Immigration Judge Yul-mi Cho denied bond. On Friday, May 2, 2025, Petitioner mailed his notice of appeal of the bond decision to the Board of Immigration Appeals (BIA) *pro se* and requested a waiver of the appeal fee.

In addition, on April 14, 2025, the Department of Homeland Security appealed the Immigration Judge's prior order terminating Petitioner's removal proceedings. Immigration Judge Cho had granted Petitioner's motion to terminate removal proceedings on March 20, 2025, finding that Petitioner is not removable as charged. *See* Dkt. 28, Ex. A. The BIA has not yet set a briefing schedule for DHS's appeal from the order terminating removal proceedings.

1

The parties conferred regarding their response to the Court's order to file a Joint Status Report and have been unable to agree as to their position on the litigation at this time. As such, the Parties set forth their respective positions as follows.

**Petitioner:** The pending matters in the immigration court may necessitate Petitioner to ask for further relief from this Court, but he does not seek any action at this moment. Petitioner avers that the matter is not moot because he both raised a request for immediate release and because he argued that any bond hearing requires certain procedural protections to be constitutionally adequate. *See* Prayer for Relief, Petition for Writ of Habeas Corpus, ECF No. 1 at 13 ("B. Issue a writ of habeas corpus ordering Petitioner's immediate release" and "A." seeking a "constitutionally adequate bond hearing"). For this reason, Petitioner requests that the Court continue its Order to Hold Motion in Abeyance and order the parties to submit another joint status report upon a decision by the BIA on either the DHS appeal of the termination of proceedings or Petitioner's appeal from the denial of bond, or in sixty days, whichever is earlier.

**Respondent**: Respondent avers that Petitioner has received the relief he requested in his Habeas Petition—a bond hearing before an Immigration Judge—and as such, his Petition is moot and there is no basis for the Court to reconsider its earlier decision denying without prejudice the Petition. If Petitioner believes himself entitled to relief from this Court at this juncture, Petition must file a new Habeas Petition setting forth the factual and legal basis for such further relief. Respondent therefore opposes Petitioner's request that the Court continue its Order to Hold Motion in Abeyance and instead asks this Court to either deny or order Petitioner to show cause why his Motion for Reconsideration should not be denied as moot considering Petitioner received a bond hearing before an Immigration Judge as he sought.

Dated: May 2, 2025

/s/ Marisol Orihuela
Muska Akbari, Law Student Intern
Bill De La Rosa, Law Student Intern
Camilo Duran, Law Student Intern
Audrey Huynh, Law Student Intern
Janis Jin, Law Student Intern
Tarana Sable, Law Student Intern
Marisol Orihuela, *pro hac vice*
Michael J. Wishnie (BBO#568654), Supervising Attorney
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520
(203) 436-4480
marisol.orihuela@ylsclinics.org

**COUNSEL FOR PETITIONER**

/s/ _Mark Sauter_____
Mark Sauter
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3347
mark.sauter@usdoj.gov

**COUNSEL FOR RESPONDENT**

## CERTIFICATE OF SERVICE

I, Marisol Orihuela, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: May 5, 2025

/s/ Marisol Orihuela
Marisol Orihuela