UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Renso Antonio Lino-Ramos**, <br><br> Petitioner, <br><br> v. <br><br> **Antone Moniz**, Superintendent, in his official capacity as Warden of Plymouth County Correctional Facility, et al., <br><br> Respondents. | Civ. No. 1:25-cv-10470 BEM |

**JOINT STATUS REPORT**

In accordance with the Court's Orders holding this matter in abeyance, *see* Dkts. 31, 33, 39, the parties submit this Joint Status Report.

Petitioner's appeal of the Immigration Court's decision denying bond and the Department of Homeland Security (DHS) appeal from the order terminating removal proceedings remain pending before the Board of Immigration Appeals (BIA).

- On the DHS appeal, the BIA directed the parties to submit simultaneous briefing due June 2, 2025. Petitioner filed his brief on May 30, 2025. DHS did not file a brief and on June 10, 2025 moved to rest on its notice of appeal. Thus, the appeal is fully briefed and awaiting decision.

- On Mr. Lino-Ramos's bond appeal, the BIA ordered the parties to submit simultaneous briefing by June 25, 2025. Petitioner filed his brief on June 24, 2025, and the appeal remains pending.

Because the BIA appeals remain pending, and one or both may moot the need for further litigation in this matter, Petitioner requests that the Court continue to hold the case in abeyance. Respondent does not oppose Petitioner's request.

Based on this agreement, the parties do not believe that a status conference on September 2, 2025 is necessary, but remain available should the Court wish to proceed.

Dated: August 26, 2025

/s/ Muneer I. Ahmad
Muneer I. Ahmad, *pro hac vice*
Michael J. Wishnie, (BBO #568654)
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
(203) 432-4716
muneer.ahmad@yale.edu

*Counsel for Petitioner*

/s/ Mark Sauter
Mark Sauter
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3347
mark.sauter@usdoj.gov

*Counsel for Respondent*