UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **Renso Antonio Lino-Ramos**, | ) ) ) | Civ. No. 1:25-cv-10470 BEM |
| *Petitioner*, | ) ) |  |
| v. | ) ) |  |
| **Antone Moniz,** Superintendent, Plymouth County Correctional Facility | ) ) ) ) |  |
| *Respondent*. | ) ) |  |

### JOINT STATUS REPORT

In accordance with the Court's Orders holding this matter in abeyance, *see* Dkts. 33, 46, 48, the parties submit this Status Report.

On October 16, 2025, Petitioner Renso Lino Ramos filed a Motion to Terminate with the Chelmsford Immigration Court. On October 30, 2025, the Immigration Judge denied Petitioner's Motion to Terminate. Petitioner filed a Motion to Reconsider the next day. On November 10, 2025, the Immigration Judge denied Petitioner's Motion to Reconsider. Petitioner now has a pending application for Cancellation of Removal, and the Immigration Court has scheduled a hearing on that application for January 7, 2026.

The parties conferred regarding their response to the Court's order to file a Joint Status Report and have agreed that, given that Petitioner's application for Cancellation of Removal will be heard on January 7, 2026, and may obviate the need for further litigation in federal court, it is

1

appropriate to continue to hold the case in abeyance until February 1, 2026. The parties will advise the Court if they believe circumstances warrant further action during this time.

Dated: December 1, 2025

/s/ Muneer I. Ahmad
Muneer I. Ahmad, *pro hac vice*
Janis Jin, Law Student Intern
Shyam Madhani, Law Student Intern
Claudia McHardy, Law Student Intern
Tarana Sable, Law Student Intern
Trinh Q. Truong, Law Student Intern
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520
(202) 550-3599
muneer.ahmad@ylsclinics.org

*Counsel for Petitioner*


/s/ Mark Sauter
Mark Sauter
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3347
mark.sauter@usdoj.gov

*Counsel for Respondent*